# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00027-CV

**Frederic A. Gladle, Appellant**

**v.**

**Dustin Leifheit, Samantha Leifheit and Darryl Leifheit, Appellees**

---

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT
NO. D-1-GN-06-003026, HONORABLE GISELA D. TRIANA, JUDGE PRESIDING**

---

## NO. 03-07-00028-CV

**Frederic A. Gladle Management Trust; Frederic A. Gladle Living Trust;
Barbara E. Gladle; Barbara Lynne Gladle Management Trust; Barbara Lynne Gladle
Living Trust; Alan Lynne Family Trust; LT Entertainment Center, LP; LT Entertainment
Group, LLC; Alan Lynne Family Partnership; Meriport Capital, Inc.; and Train, Inc.,
Appellants**

**v.**

**Dustin Leifheit, Samantha Leifheit and Darryl Leifheit,
Appellees**

---

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT
NO. D-1-GN-06-003987, HONORABLE GISELA D. TRIANA, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

These appeals were consolidated for purposes of briefing and oral argument, if any.

Appellants have now moved to dismiss each appeal because the parties have settled. *See* Tex. R. App. P. 42.1(a)(1). The motion is unopposed and the parties have asked that the costs be taxed against the party incurring same. We grant the motion and dismiss the appeals.

_____

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Puryear and Pemberton

Dismissed on Appellants' Motion

Filed:   October 24, 2007